# United States District Court
# District of Minnesota

The Trustees of the Sheet Metal
Local #10 Control Board Trust Fund

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-760 PAM/JGL

McPhillips Sheet Metal, Inc.

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of Nine thousand seven hundred sixty two and seventy seven cents Dollars ($ 9,762.77)

FRANCIS E. DOSAL, CLERK

DATED: August 24, 2001

By Victoria Moralez
Victoria Moralez, Deputy Clerk

| | | |
|---|---|---|
| Principal/Damages | | $ 9584.77 |
| Costs and disbursements | | $ 168.00 |
| Interest to | $ | |
| Surcharge | | $ |
| **TOTAL JUDGMENT** | | $ 9762.77 |